UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD D. ABRAM, II, | |
| Plaintiff, | Case No. 2:16-cv-02050-GMN-CWH |
| v. | |
| LINDA BELL, | **REPORT & RECOMMENDATION** |
| Defendant. | |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, submitted a civil rights complaint under 42 U.S.C. § 1983. (Compl. (ECF No. 1).) Plaintiff did not pay the filing fee for this matter or file an application to proceed *in forma pauperis*. On September 1, 2016, the court ordered Plaintiff to file an application to proceed *in forma pauperis* or to pay the $400 filing fee within 30 days from the date of the court's order. (Order (ECF No. 2).) The court advised Plaintiff that failure to comply with the order would result in a recommendation that his case be dismissed. (*Id.*) Given that more than 30 days have passed and that Plaintiff has not filed an application to proceed *in forma pauperis* or paid the filing fee, the court will recommend that Plaintiff's case be dismissed without prejudice.

IT IS THEREFORE RECOMMENDED that Plaintiff Ronald D. Abram II's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive

1 | the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

3 | DATED: October 19, 2016

_____
C.W. Hoffman, Jr.
United States Magistrate Judge